# No. 15-3057-cv

*(Docket Numbers in District Court: 14-MD-2589(JMF) & 1:14-cv-02811-JMF)*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

CITY OF PROVIDENCE, RHODE ISLAND, EMPLOYEES' RETIREMENT SYSTEM OF THE GOVERNMENT OF THE VIRGIN ISLANDS, FORSTA AP-FONDEN, PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,
*Lead Plaintiffs-Appellants*,

STATE-BOSTON RETIREMENT SYSTEM
*Plaintiff-Appellant*,

GREAT PACIFIC SECURITIES,
on Behalf of Itself and All Others Similarly Situated,
*Plaintiff*,

[Caption continued on following page.]

Appeal from the United States District Court
for the Southern District of New York
The Honorable Jesse M. Furman

JOINT STIPULATION OF WITHDRAWAL OF APPEAL
AS TO BARCLAYS PLC AND BARCLAYS CAPITAL INC.

| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>JOSEPH D. DALEY<br>ANDREW J. BROWN<br>DAVID W. MITCHELL<br>600 West Broadway<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax)<br><br>*Counsel for Lead Plaintiffs-Appellants* | SULLIVAN & CROMWELL LLP<br>JEFFREY T. SCOTT<br>MATTHEW A. SCHWARTZ<br>ANDREW H. REYNARD<br>125 Broad Street<br>New York, NY 10004<br>Telephone: 212/558-4000<br>212/558-3588 (fax)<br><br>*Counsel for Defendants-Appellees Barclays PLC and Barclays Capital Inc.* |

[Additional counsel appear on signature page.]

1084084_1

AMERICAN EUROPEAN INSURANCE COMPANY, JAMES J. FLYNN,
HAREL INSURANCE COMPANY LTD., DOMINIC A. MORELLI,
*Consolidated-Plaintiffs*,

vs.

BARCLAYS CAPITAL INC., BARCLAYS PLC, BATS GLOBAL MARKETS,
INC., CHICAGO STOCK EXCHANGE INC., DIRECT EDGE ECN, LLC, NYSE
ARCA, INC., NASDAQ OMX BX INC., NEW YORK STOCK EXCHANGE
LLC, THE NASDAQ STOCK MARKET, LLC,
*Defendants-Appellees*,

Does, 1-5, inclusive,
*Defendant*.

1084084_1

Appellants City of Providence, Rhode Island, Plumbers and Pipefitters National Pension Fund, Employees' Retirement System of the Government of the Virgin Islands, State-Boston Retirement System, and Första AP-fonden (collectively, "Appellants") and appellees Barclays PLC and Barclays Capital Inc. (together, "Barclays") state as follows:

WHEREAS, on August 26, 2015, the Honorable Jesse M. Furman of the U.S. District Court for the Southern District of New York issued an order ("Order") dismissing with prejudice Appellants' claims against BATS Global Markets, Inc., Chicago Stock Exchange, Inc., Direct Edge ECN, LLC, The NASDAQ Stock Market LLC, NASDAQ OMX BX, Inc., New York Stock Exchange, LLC, and NYSE Arca, Inc. (collectively, the "Exchanges") and Barclays;

WHEREAS, on September 29, 2015, Appellants filed a notice of appeal with the district court, which was docketed with this Court under Case No. 15-3057;

WHEREAS, on October 8, 2015, Appellants filed a Civil Appeal Pre-Argument Statement (Form C) (Dkt. No. 21) and Civil Appeal Transcript Information (Form D) (Dkt. No. 22) pursuant to U.S. Court of Appeals for the Second Circuit Local Rule 12.1;

- 1 -

WHEREAS, on October 15, 2015, counsel for Appellants informed counsel for Barclays that Appellants did not intend to appeal the Order with regard to their claims against Barclays;

NOW, THEREFORE, Appellants hereby withdraw their appeal as to Barclays.[1]

DATED: October 20, 2015

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOSEPH D. DALEY
ANDREW J. BROWN
DAVID W. MITCHELL

s/ Joseph D. Daley
JOSEPH D. DALEY

655 West Broadway, Ste. 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
PATRICK J. COUGHLIN
VINCENT M. SERRA
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

---

[1] Appellants do not withdraw, and continue to pursue, their appeal against the Exchanges.

- 2 -

1084084_1

                                          MOTLEY RICE LLC
JOSEPH F. RICE
WILLIAM H. NARWOLD
ANN K. RITTER
DAVID P. ABEL
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
Telephone:  843/216-9000
843/216-9450 (fax)

MOTLEY RICE LLC
DONALD A. MIGLIORI
REBECCA KATZ
600 Third Avenue, Suite 2101
New York, NY  10016
Telephone:  212/577-0040
212/577-0054 (fax)

LABATON SUCHAROW LLP
CHRISTOPHER J. KELLER
JOEL H. BERNSTEIN
MICHAEL W. STOCKER
140 Broadway
New York, NY  10005
Telephone: 212/907-0700
212/818-0477 (fax)

*Counsel for Lead Plaintiffs-Appellants*

DATED:  October 20, 2015             SULLIVAN & CROMWELL LLP
JEFFREY T. SCOTT
MATTHEW A. SCHWARTZ
ANDREW H. REYNARD

                                               s/ Jeffrey T. Scott
                                              JEFFREY T. SCOTT

125 Broad Street
New York, NY  10004
Telephone:  212/558-4000
212/558-3588 (fax)

- 3 -

                        SULLIVAN & CROMWELL LLP
                        ADAM S. PARIS
                        1888 Century Park East
                        Los Angeles, CA 90067
                        Telephone: 310/712-6600
                        310/712-8800 (fax)

*Counsel for Defendants-Appellees*
*Barclays PLC and Barclays Capital Inc.*

- 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 20, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court for the United States Court of Appeals of the Second Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Joseph D. Daley
JOSEPH D. DALEY

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: jdaley@rgrdlaw.com

1084084_1