# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of November, two thousand and fifteen.

Present:        Ralph K. Winter,
                    *Circuit Judge*.

_____

City of Providence, Rhode Island, et al.,

     Lead Plaintiffs-Appellants,

State-Boston Retirement System,

     Plaintiff-Appellant,

Great Pacific Securities, on behalf of itself and all others similarly situated,

     Plaintiff,

American European Insurance Company, James J. Flynn, Harel Insurance Company Ltd., Dominic A. Morelli,

     Consolidated-Plaintiffs,

        v.

Bats Global Markets, Inc., Chicago Stock Exchange Inc., Direct Edge ECN, LLC, NYSE Arca, Inc., NASDAQ OMX BX Inc., New York Stock Exchange LLC, The Nasdaq Stock Market, LLC,

     Defendants-Appellees,

Does, 1-5, inclusive, Barclays Capital Inc., Barclays PLC,

     Defendants.

_____

**ORDER**
Docket No. 15-2329

IT IS HEREBY ORDERED that Appellants' motion to remove the appeal from the expedited calendar is GRANTED. The motion to extend time in the alternative is DENIED as moot.

Appellants' scheduling notification requesting a filing date of January 7, 2016 is hereby so ordered.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court